No. 571. MATTSON ET AL. *v.* BIRKETT ET AL. C. A. 7th Cir. Certiorari denied. *James E. Markham, James W. Faulkner* and *Thomas P. Faulkner* for petitioners. *Hubert L. Will* for respondents.

No. 579. BACOM *v.* SULLIVAN, SHERIFF. C. A. 5th Cir. Certiorari denied. *Robert H. Givens, Jr.* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 601. RANDOLPH LABORATORIES, INC. *v.* SPECIALTIES DEVELOPMENT CORP. C. A. 3d Cir. Certiorari denied. *Ralph M. Snyder* and *W. Brown Morton* for petitioner. *Floyd H. Crews* for respondent.

No. 487. HEAD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Cummings* and *Beatrice Rosenberg* for the United States.

No. 526. UNITED STATES *v.* UNITED STATES CARTRIDGE CO. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Cummings* for the United States. *Robert H. McRoberts* for respondent.

No. 536. TYRRELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Victor E. Cappa* for petitioner. *Solicitor General Cummings, Beatrice Rosenberg* and *J. F. Bishop* for the United States.